UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| WILLIAM ASHWORTH, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:22-CV-00023-JRG-SKL |
| ) | |
| POWERS PIZZA, LLC, et al., ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on Plaintiff's Unopposed Motion for Final Approval of Class and Collective Action Settlement Agreement and Memorandum in Support ("Motion for Final Approval") [Doc. 32]. Having carefully considered Plaintiff's Motion for Final Approval, the Court will **GRANT** the Motion for Final Approval.

It is therefore **ORDERED** that Plaintiff's Motion for Final Approval is **GRANTED** and the Court hereby:

(1) finally certifies the collective action pursuant to Section 216(b) of the FLSA and the class action pursuant to Federal Rule of Civil Procedure 23 for settlement purposes only;

(2) grants final approval of the Agreement, adjudges its terms to be fair, reasonable, and adequate, and directs consummation of its terms and provisions;

(3) finds that Defendants have complied with all their obligations pursuant to the Class Action Fairness Act, 28 U.S.C. § 1715 ("CAFA") with respect to this class action settlement;

(4) approves distribution of the Net Settlement Fund, as defined in the Agreement,

to the Participating Class Members;

(5) approves a service award payment in the amount of $2,000 to Named Plaintiff William Ashworth;

(6) approves payment of the actual costs of the Settlement Claims Administrator in the amount specified in the Declaration of Jeffrey D. Johnson and advanced litigation costs to Class Counsel in the amount set forth in the Declaration of K. Serrano, not to exceed the amount set forth in the Agreement;

(7) approves attorneys' fees to Class Counsel in an amount not to exceed 33% of the Total Settlement Amount;

(8) permanently enjoins all Settlement Class Members (other than those who filed timely and valid Exclusion Letters) from prosecuting against Defendants and the Released Parties (as defined in the Agreement) any and all of the Participating Class Members' Released Claims and Authorized Claimants' Released Claims (as defined in the Agreement);

(9) permanently enjoins the Class Representative from prosecuting against Defendants and the Released Parties (as defined in the Agreement) any and all of the Class Representative's Released Claims (as defined in the Agreement); and

(10) enters a judgment dismissing this case with prejudice in accordance with the terms of the Agreement.

So ordered.

ENTER:

J. RONNIE GREER
UNITED STATES DISTRICT JUDGE